# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARNOLD ENGINEERING CO. EMPLOYEE HEALTH CARE PLAN and PLAN ADMINISTRATOR OF THE ARNOLD ENGINEERING CO. EMPLOYEE HEALTH CARE PLAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV433 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| BARBARA SUCKSTORF as conservator for Alix Suckstorf, | ) ) ) ) | |
| Defendant. | ) | |

Plaintiffs have filed a response (#6) to the Order to Show Cause (#4) regarding service of process. I find that the plaintiffs have satisfactorily demonstrated that the case should not be dismissed without prejudice for failure to effect service within the time limit specified in Fed. R. Civ. P. 4(m). I further find that plaintiffs should be given an extension of time until **March 1, 2006** to effect service on the defendant.

**IT IS SO ORDERED.**

DATED January 31, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**