IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARNOLD ENGINEERING CO.<br>EMPLOYEE HEALTH CARE<br>PLAN, et al.,<br><br>   Plaintiff,<br><br>  vs.<br><br>BARBARA SUCKSTORF, As<br>Conservator for Alex Suckstorf,<br><br>   Defendant. | Case No. 8:05CV433<br><br>**ORDER** |

  Upon notice of settlement given to the magistrate judge by Copple & Rockey Law Firm, counsel for Defendant,

  **IT IS ORDERED:**

  1. On or before **August 14, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

  2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

  3. The Rule 16 planning conference set for July 13, 2006, is cancelled upon the representation that this case is settled.

  Dated this 13th day of July 2006.

            BY THE COURT:

            s/ F.A. Gossett
            United States Magistrate Judge