**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ARNOLD ENGINEERING CO.** ) | **CASE NO. 8:05CV433** |
| **EMPLOYEE HEALTH CARE PLAN,** ) | |
| **and PLAN ADMINISTRATOR,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| **BARBARA SUCKSTORF, as** ) | |
| **conservator for Alix Suckstorf,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. I find that the Stipulation complies with the requirements of Fed. R. Civ. P. 31(a)(1)(ii), and the relief requested by the parties should be granted. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 19) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice;

3. The parties shall pay their own costs and attorney's fee.

DATED this 24th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge